## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LISA RIEGEL, et al., | : | CASE NO. 2:17-cv-1112 |
| Plaintiffs, | : | Judge George C. Smith |
| | | Magistrate Judge Kimberly A. Jolson |
| v. | : | |
| KANA HOTELS, INC., et al., | : | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT** |
| Defendants. | : | **KANA HOTELS, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, Defendant Kana Hotels, Inc. hereby submits the following disclosures:

1. Is said party a parent, subsidiary, or other affiliate of a publicly owned corporation?

 _____ Yes    \_\_X\_\_ No

 If the answer is Yes, list below the identity of the parent, subsidiary, or other affiliate corporation and the relationship between it and the named party: N/A.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

 \_\_X\_\_ Yes    _____ No

 If the answer is Yes, list the identity of such corporation and the nature of the financial interest: Defendant Kana Hotels, Inc. has insurance for this matter through Chubb Group of Insurance Companies, which is publicly traded.

Respectfully submitted,

*/s/ Fred G. Pressley, Jr.*
Fred G. Pressley, Jr. (0023090)
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 227-2233
Fax: (614) 227-2100
E-mail: fpressley@porterwright.com

Rachel E. Burke (0066863)
PORTER WRIGHT MORRIS & ARTHUR LLP
250 E. Fifth St., Suite 2200
Cincinnati, Ohio 45202
Telephone: (513) 369-4235
Fax: (513) 421-0991
E-mail: rburke@porterwright.com

*Attorneys for Defendants Kana Hotels, Inc. and Alpesh Patel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure Statement of Defendant Kana Hotels, Inc. was filed electronically on this 16th day of February, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to Plaintiff's attorneys of record:

Greg R. Mansell, Esq.
Carrie J. Dyer, Esq.
Mansell Law, LLC
1457 S. High Street
Columbus, OH 43207

*/s/ Fred G. Pressley, Jr.*

DMS/10867588v.1